# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 15-1133V
Filed: February 10, 2016
Unpublished

* * * * * * * * * * * * * * * * * * * * * * * * *
| | |
|---|---|
| DENISE GUZMAN, | * |
| Petitioner, | * Damages Decision Based on Proffer; |
| | * Influenza ("Flu") Vaccine; Shoulder |
| | * Injury Related to Vaccine Administration |
| SECRETARY OF HEALTH | * ("SIRVA"); Special Processing Unit |
| AND HUMAN SERVICES, | * ("SPU") |
| Respondent. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

*Paul R. Brazil*, Muller Brazil, LLP, Dresher, PA, for petitioner.
*Glenn A. MacLeod*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On October 6, 2015, Ms. Guzman filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] [the "Vaccine Act"]. Petitioner alleged that she received an influenza ("flu") vaccine on October 22, 2013, and thereafter suffered a left shoulder injury including tendinitis and adhesive capsulitis as a result of the flu vaccine. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 17, 2015, a ruling on entitlement was issued, finding petitioner entitled to compensation. On February 10, 2016, respondent filed a proffer on award of compensation ["Proffer"] stating petitioner should be awarded $110,000.00. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012)(Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $110,000.00, in the form of a check payable to petitioner, Denise Guzman.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

> **s/Nora Beth Dorsey**
> Nora Beth Dorsey
> Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
DENISE GUZMAN,                                 *
                                               *
        Petitioner,                            *
                                               *
v.                                             *    No. 15-1133V (ECF)
                                               *    Chief Special Master
                                               *    NORA BETH DORSEY
SECRETARY OF HEALTH                            *
AND HUMAN SERVICES,                            *
                                               *
        Respondent                             *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.   Compensation for Vaccine Injury-Related Items**

On December 17, 2015, the Chief Special Master issued a Ruling on Entitlement finding that petitioner was entitled to vaccine compensation for her Shoulder Injury Related to Vaccine Administration ("SIRVA"). Based on the evidence of record, respondent proffers that petitioner should be awarded $110,000.00. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.  Form of the Award**

Respondent recommends that the compensation provided to petitioner be made through a lump sum payment of **$110,000.00** in the form of a check payable to petitioner.[1] Petitioner agrees.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

---

[1] Should petitioner die prior to the entry of judgment, respondent reserves the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future pain and suffering, and future lost wages.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

VINCENT J. MATANOSKI
Deputy Director
Torts Branch, Civil Division

LINDA S. RENZI
Senior Trial Counsel
Torts Branch, Civil Division

*s/GLENN A. MACLEOD*
GLENN A. MACLEOD
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Ben Franklin Station
Washington, DC 20044-0146
Tel.: (202) 616-4122

Dated: February 9, 2016